**George M. LEWIS, M.D.,**
**Plaintiff—Appellant,**

v.

**UNITED STATES of America; et al., Defendants—Appellees.**

No. 04–57018.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 12, 2005.*

Decided Sept. 21, 2005.

George M. Lewis, M.D., Los Angeles, CA, pro se.

Debra A. Yang, Esq., USLA—Office of the U.S. Attorney Criminal Division, Los Angeles, CA, Mary R. Pelletier, Esq., DOJ—U.S. Department of Justice Tax Division, Washington, DC, for Defendants–Appellees.

Before: REINHARDT, RYMER, and HAWKINS, Circuit Judges.

## MEMORANDUM **

George M. Lewis appeals pro se the district court's order denying as untimely his Fed.R.Civ.P. 60(b) motion for relief from judgment in his Freedom of Information Act action against the Internal Revenue Service and others. We have jurisdiction pursuant to 28 U.S.C. § 1291. We

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

review for abuse of discretion, *American Ironworks & Erectors, Inc. v. North American Constr. Corp.*, 248 F.3d 892, 899 (9th Cir.2001), and we affirm.

The district court did not abuse its discretion by concluding that Lewis' motion was untimely because it was filed more than a year after final judgment and did not present evidence germane to the underlying cause of action. *See* Fed.R.Civ.P. 60(b); *School Dist. No. 1J, Multnomah County v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir.1993).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.